#239579

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 00-CV-1540 Case Title: Multi-Tech Systems, Inc. v. Dialpad.com, Inc.

**Affidavit of Movant**

I, Jay Schlosser, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Dani Y. Rogers, an attorney admitted to practice in the Northern District of California, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (✓)defendant Dialpad.com, Inc in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] #204353 4/10/01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Dani Y. Rogers, am currently a member in good standing of the U.S. District Court for the Northern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Dani Y. Rogers [signature] 3/20/01
Type/Print Name Signature Date

Attorney License Number: 209048

Law Firm Name & Address: Skjerven Morrill MacPherson LLP, 25 Metro Drive, Suite 700, San Jose, California 95110

Telephone: (408) 453-9200

Motion Granted: [signature] APR 12 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

(31)

FILED APR 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK [initials]