UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

vs.

DIALPAD.COM, INC.,
a California corporation;

Defendant.

Court File No. 00-CV-1540 ADM/RLE

**STIPULATION**
and
ORDER

---

**STIPULATION**

Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") and defendant Dialpad.com, Inc. ("Dialpad") by and through their undersigned counsel hereby stipulate and agree as follows:

WHEREAS, defendant Dialpad has served its Prior Art Statement within the time prescribed under the Court's Pretrial Order;

WHEREAS, Dialpad's Prior Art Statement includes approximately 280 separate references;

WHEREAS, at the time Dialpad served its Prior Art Statement, Multi-Tech had received few, if any, copies of the references included in the Prior Art Statement;

WHEREAS, Multi-Tech has made a request to Dialpad, with which Dialpad has agreed to comply, for production of copies of all the available references cited in defendant's Prior Art Statement;

NOW, THEREFORE, the parties have stipulated and agreed that they will measure the 30-day period prescribed in the Pretrial Order for Multi-Tech to respond to the Prior Art

2278977.1

32

APR 24 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Statement as commencing on March 27, 2001, and Multi-Tech will therefore serve on or before April 26, 2001 its response to defendant's Prior Art Statement.

IT IS SO STIPULATED:

DATED: April 17, 2001.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Kevin D. Conneely
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
MULTI-TECH SYSTEMS, INC.

DATED: April 18, 2001.

BRIGGS & MORGAN

By: Jay W. Schlosser
Jeffrey J. Keyes (#55505)
Jay W. Schlosser (#204353)

2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

-and-

Byran Anderson
SKJERVEN, MORRILL , MACPHERSON, FRANKLIN & FRIEL LLP
610 Newport Center Drive, Suite 330
Newport Beach, California 92660
(949) 718-6780

ATTORNEYS FOR DEFENDANT
DIALPAD.COM, INC.

**APPROVED:**

BY THE COURT:

DATED: 4/24, 2001.

Raymond L. Erickson

Magistrate Judge of the U.S. District Court