UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MULTI-TECH SYSTEMS, INC.,
a Minnesota Corporation,

Plaintiff,

v.

DIALPAD.COM, INC.,
a California corporation,

Defendant.

Court File No. 00-CV-1540 ADM/RLE

**STIPULATION AND ORDER TO MODIFY CERTAIN DATES IN THE PRETRIAL ORDER**

## STIPULATION

Plaintiff Multi-Tech Systems, Inc. ("Multi-Tech") and defendant Dialpad.com, Inc. ("Dialpad") stipulate to the following, subject to the Court's approval:

1. The parties have met the past deadlines set forth in the Court's October 17, 2000 Pretrial Order, and the parties are currently completing the Prior Art Disclosures and Responses contemplated by that Pretrial Order.

2. In view of the timing of future deadlines and schedules in cases related to this action and in view of the anticipated need to coordinate certain discovery activities between this action and such related cases, the parties mutually desire to extend slightly the following deadlines set forth on the Pretrial Order:

| Description | Present Date | Stipulated Date |
|---|---|---|
| Exchange of Initial Expert Reports | July 23, 2001 | October 18, 2001 |
| Exchange of Rebuttal Expert Reports | August 22, 2001 | November 20, 2001 |
| Close of Discovery | May 22, 2001 | August 22, 2001 |

2280615.1

FILED MAY 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| Description | Present Date | Stipulated Date |
|---|---|---|
| Deadline for Motion to Amend Pleadings (filed and heard) | June 21, 2001 | August 22, 2001 |

3. All expert disclosures required by Fed. R. Civ. P. 26(a)(2)(b) shall be incorporated in and made as part of the Expert Reports exchanged between the parties.

4. The foregoing extensions agreed to by the parties will not affect the existing trial-ready date of May 1, 2002.

5. To the extent corresponding deadlines set forth in the existing Pretrial Order dated October 17, 2000, are inconsistent with the discovery deadlines set forth above in this Stipulation, all such prior deadlines are superceded. In all other respects, the October 17, 2000 Pretrial Order remains in effect.

DATED: April 25th, 2001.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Kevin D. Conneely

Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
MULTI-TECH SYSTEMS, INC.

DATED: April 25, 2001.

BRIGGS & MORGAN

By: [signature]
Jeffrey J. Keyes (#55505)
Jay W. Schlosser (#204353)

2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

-and-

Byran Anderson
SKJERVEN, MORRILL , MACPHERSON,
FRANKLIN & FRIEL LLP
610 Newport Center Drive, Suite 330
Newport Beach, California 92660
(949) 718-6780

ATTORNEYS FOR DEFENDANT
DIALPAD.COM, INC.

**ORDER**

Based on the foregoing Stipulation of the parties and for good cause shown therein,

**IT IS SO ORDERED.**

BY THE COURT:

DATED: 5/14, 2001.

[signature]
Raymond L. Erickson
Magistrate Judge of the U.S. District Court

2280615.1