**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

v.

DIALPAD.COM, INC.,
a California corporation;

Defendant.

Court File No. 00-CV-1540 ADM/RLE

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties jointly submit this Stipulation and Proposed Order for dismissal without prejudice, of plaintiff Multi-Tech Systems, Inc.'s ("Multi-Tech") claims against Dialpad Communications, Inc. (fka Dialpad.com, Inc.) ("Dialpad") and Dialpad's counterclaims against Multi-Tech. The parties mutually agree to dismiss all claims and counterclaims presented in this action without prejudice, without costs, disbursements or attorney fees to either party.

The parties each agree that the Order submitted herewith shall bind them upon signature and entry by the Court.

2319277.1

FILED MAY 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAY 24 2002
DEPUTY CLERK

Dated this 26th day of April, 2002.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

BY: ______________________

Ronald J. Schutz (#130489)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Darren B. Schwiebert (#260642)
Misti Nelc (#296090)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

Dated this ____ day of April, 2002.

**BRIGGS & MORGAN**

BY: ______________________

Jay W. Schlosser (#204353)
Jeffrey J. Keyes (#55505)
2400 IDS Center
80 South Eight Street
Minneapolis, MN 55402
Phone: (612) 334-8400

and

**SKJERVEN MORRILL MACPHERSON LLP**

Bryan K. Anderson
25 Metro Drive
Suite 700
San Jose, CA 95110
Phone: (408) 453-9200

and

Dated this 26th day of April, 2002.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

BY: Kevin D. Conneely

Ronald J. Schutz (#130489)
Kevin D. Conneely (#192703)
Ken R. Hall (#247017)
Darren B. Schwiebert (#260642)
Misti Nelc (#296090)
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF MULTI-TECH SYSTEMS, INC.**

Dated this 15th day of ~~April~~ May, 2002.

**BRIGGS & MORGAN**

BY: Jay W. Schlosser

Jay W. Schlosser (#204353)
Jeffrey J. Keyes (#55505)
2400 IDS Center
80 South Eight Street
Minneapolis, MN 55402
Phone: (612) 334-8400

and

**SKJERVEN MORRILL MACPHERSON LLP**

Bryan K. Anderson
25 Metro Drive
Suite 700
San Jose, CA 95110
Phone: (408) 453-9200

and

Dated this ____ day of April, 2002.

**BROOKS & RAUB**

BY: ______________________________

Penn Ayers Butler (Bankruptcy Counsel)
721 Colorado Avenue, Suite 101
Palo Alto, CA 94303-3913
Phone: (650) 32101400

**ATTORNEYS FOR DEFENDANT DIALPAD.COM, INC.**

**ORDER**

Pursuant to Fed. R. Civ. P. 41(a)(2) and the parties' foregoing Stipulation, Plaintiff Mult-Tech Systems, Inc.'s claims against Defendant Dialpad.com, Inc. are dismissed in their entirety, without prejudice, and Defendant Dialpad.com, Inc.'s counterclaims against Plaintiff Multi-Tech Systems, Inc. are dismissed in their entirety and without prejudice.

Each party to the Action shall bear their own costs, disbursements and attorneys' fees.

IT IS SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 24, 2002.

BY THE COURT:

______________________________

Ann D. Montgomery
Judge of the U.S. District Court